IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JEANIE ODOM, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-247-CAR |
| | * |
| FREEDOMROADS LLC (d/b/a Camping World RV sales), | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 20, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 20th day of July, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk